# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BARBARA LYNN CRUSSEN,

       Plaintiff,

v.

       Case No. 12-CV-12964
       Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 20, 2013, this cause of action is **REMANDED** back to the administrative level for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated at Detroit, Michigan this 20th day of September, 2013.

       DAVID J. WEAVER
       CLERK OF THE COURT

       BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 20, 2013, by electronic and/or ordinary mail.

                                     S/LaShawn R. Saulsberry
                                     Case Manager