# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BARBARA LYNN CRUSSEN,

        Plaintiff,        CASE NO. 12-12964
                                    HON. DENISE PAGE HOOD

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION [#22] TO GRANT PLAINTIFF'S COUNSEL'S MOTION FOR AUTHORIZATION OF ATTORNEY FEES [#18]

This matter is before the Court on a Report and Recommendation (Doc # 22) filed by Magistrate Judge R. Steven Whalen on Plaintiff Barbara Lynn Crussen's Counsel's Motion for Authorization of Attorney Fees (Doc # 18). To date, no objections were filed to the Report and Recommendation, and the time to file such has passed. The Court ACCEPTS and ADOPTS the Report and Recommendation, and GRANTS Plaintiff's Counsel's Motion.

The background facts of this matter are adequately set forth in the Magistrate Judge's Report and Recommendation, and the Court adopts them here.

The standard of review by the district court when examining a Report and Recommendation is set forth in 28 U.S.C. § 636. This Court "shall make a *de novo* determination of those portions of the report or the specified proposed findings or recommendations to which an objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* In order to preserve the right to appeal the magistrate judge's recommendation, a party must file objections to the Report and Recommendation within fourteen (14) days of service of the Report and Recommendation. Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 508-09 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

After review of the Magistrate Judge's Report and Recommendation, the Court finds that his findings and conclusions are correct.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation (Doc # 22) is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff Barbara Lynn Crussen's Counsel's Motion for Authorization of Attorney Fees (Doc # 18) is GRANTED.

        S/Denise Page Hood
        Denise Page Hood
        Chief Judge, United States District Court

Dated: January 31, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2018, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager